[No. 8413–9–II.   Division Two.   February 2, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DEMITRIUS HAYES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 57266RO60, Arthur W. Verharen, J., entered November 8, 1984. *Affirmed in part* and *dismissed in part* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Kirkwood and Skimas, JJ. Pro Tem.

[No. 7808–2–II.   Division Two.   February 2, 1987.]

ROXIANN GINGRICH, *Respondent,* v. AETNA CASUALTY & SURETY COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–02482–5, James P. Healy, J., entered May 4, 1984. *Reversed* by unpublished opinion per Hopkins, J. Pro Tem., concurred in by Brachtenbach and Draper, JJ. Pro Tem.

[No. 8497–0–II.   Division Two.   February 2, 1987.]

HARRISON HOSPITAL FOUNDATION, *Appellant,* v. MARGARET CASTRO, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84–2–00291–5, James D. Roper, J., entered January 18, 1985. *Affirmed* by unpublished opinion per Verharen, J. Pro Tem., concurred in by Brachtenbach and Cunningham, JJ. Pro Tem.